```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                )
FRANK LAMONDE,                  )
            Plaintiff,          )
                                )       CIVIL ACTION
      v.                        )       NO. 19-11344-WGY
                                )
HAVERHILL DISTRICT COURT,       )
            Defendant.          )
                                )
_____
```

YOUNG, D.J.                                     September 24, 2019

**ORDER**

Frank LaMonde ("LaMonde") initiated this action by filing a pro se complaint against the Haverhill District Court. By Memorandum an Order dated July 16, 2019, LaMonde was granted leave to proceed in forma pauperis and was advised that the complaint fails to state a claim upon which relief may be granted. LaMonde was granted an opportunity to file an amended complaint.

On July 29, 2019, LaMonde filed a one-page response stating, among other things, that he was convicted "wrongly" by the Haverhill District Court. See Docket No. 5. On August 23, 2019, LaMonde filed a one-page amended complaint. See Docket No. 6. LaMonde explains that he seeks to have this court hear this matter and correct his criminal record.

Even with the more liberal construction accorded a pro se litigant's pleading, the amended complaint, as did his original complaint, fails to state a claim upon which relief may be granted.

Based upon the foregoing, and in accordance with the Memorandum and Order dated July 16, 2019, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

    /s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE